

Robert D. Heath Funeral Home, Inc.

William J. Heath, Supervisor • J. Matthew Heath, Director
61 East Shirley Street
MOUNT UNION, PA 17066
814-542-4581

May 12, 2015

FILED HARRISBURG, PA
2015 MAY 15 AM 11:15
CLERK U.S. BANKRUPTCY COURT

U.S. Bankruptcy Court
Ronald Reagan Federal Building
P.O. Box 908
Harrisburg, PA 17108

**RE: Bankruptcy of Roger L. Hinkle**
**Case Number: 1:15-bk-00804-RNO**
**Social Security Number: [redacted]-3832**

Dear U.S. Bankruptcy Court:

The Robert D. Heath Funeral Home, Inc., 61 East Shirley Street, Mount Union, PA 17066, received notification that it was a listed creditor to a filed bankruptcy by Roger Hinkle. As co-owner of the Robert D. Heath Funeral Home, Inc., and as the person who dealt with Roger Hinkle, I would like to object to his request for a discharge of this debt and want to make a formal complaint or motion to this effect.

Roger Hinkle chose our funeral home to handle funeral services for his wife, Tiffani (McKim) Hinkle, who died in an auto accident on November 10, 2014. The funeral home performed services and provided merchandise selected by Roger Hinkle. The total amount of the funeral services were: $11,235.00; and we received two donations, leaving a balance of: $10,925.00. No payment was received from Roger Hinkle. He signed a contract at the time of funeral arrangements, obligating himself to pay the total funeral expenses no later than January 15, 2015. The bankruptcy notice was filed/entered on March 16, 2015, well after his obligation was due.

At the time of arrangements, I personally called ULTA, the firm where his wife was employed to check on Roger's claim that his wife had life insurance to cover the funeral expenses. I was informed by ULTA that there was coverage and Roger said the amount was for twenty thousand dollars. My argument for a denial of discharge of this particular debt is my understanding that there was adequate funds available through life insurance proceeds to pay for the funeral expenses and should have been payed well in advance of his filing for bankruptcy, as the dates indicate. In my way of thinking, this particular debt should have been payed with the insurance proceeds and nullifies our inclusion as a creditor in this filing. I had subsequent conversations with Roger concerning the status of the insurance and was assured by Roger that it was only a matter of time before it was payed. Later, he claimed there was an issue with the beneficiary. I must also conclude that he may have misrepresented himself, never divulging to me that he had serious financial problems.



Robert D. Heath Funeral Home, Inc.
William I. Heath, Supervisor • J. Matthew Heath, Director
61 East Shirley Street
MOUNT UNION, PA 17066
814-542-4581

It is not practical for us to use an attorney with the amount the funeral home already has invested in this account and not knowing if the the results would prove fruitful. So I ask for your indulgence in this matter. If there are other documents I need to present or if there is a fee involved, please contact me.

The attorney representing the debtor is: Richard L. Bushman, P.O. Box 51, 16767 Path Valley Road, Spring Run, PA 17262-0051 (Phone: 717-349-7657).

Thank-you for your time and consideration.

Sincerely,

John Matthew Heath

John Matthew Heath, Co-owner
Robert D. Heath Funeral Home, Inc.

B 1 (Official Form 1) (4/13)

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

AMENDED 1-15-00804-RNO
Voluntary Petition-

| Name of debtor (if individual, enter Last, First, Middle): **Hinkle, Roger L.** | Name of Joint Debtor (Spouse)(Last, First, Middle) |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): a/k/a Roger Lynn Hinkle | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all): XXX-XX-3832 | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State, & Zip Code 2119 Fort Loudon Rd. **Mercersburg, PA 17236** | Street Address of Joint Debtor (No. & St., City, State & Zip Code) |
| County of Residence or of the Principal Place of Business: Franklin | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor (if different from street address above):

**Type of Debtor** (Form of Organization) (Check one box)

■ Individual(inc. joint debtors)]
See Exhibit D on page 2 of this form
☐ Corporation (inc LLC, LLP)
☐ Partnership
☐ Other: (If the debtor is not one of the above entities, check this box and State type of entity.)

**Nature of Business** (Check all applicable boxes)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

Tax-Exempt Entity
(Check box, if applicable.)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is filed (Check one box)**

■Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)

■ Debts are primarily consumer Debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☐ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached
☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments Rule 1006(b) See Official Form No. 3A.
☐ Filing Fee waiver requested (Applicable to Chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business as defined in 11 U.S.C. 101 (51D)
☐ Debtor is Not a small business as defined in 11 U.S.C. 101(51D)

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information** (estimates only)

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Case 1:15-bk-00804-RNO Doc 11 Filed 03/16/15 Entered 03/16/15 09:41:49 Desc Main Document Page 1 of 3

B1 (Official Form 1) (4/13) Page 2

| Voluntary Petition-AMENDED (This page must be completed and filed in every case.) | Name of Debtor: Roger L. Hinkle 1-15-00804-RNO |
|---|---|

Prior Bankruptcy Case Filed Within the last 8 Years (If more than two, attach additional sheet)

| Location Where filed: | Case Number: | Date filed: |
|---|---|---|
| Location Where filed: | Case Number: | Date filed: |

Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

**Exhibit A**

(To be completed if the Debtor is required to file periodic reports (e.g., forms 10K and 10Q with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if Debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have [illegible] that [he or she] may proceed under chapter 7, [illegible] United States Code, and have explained the relief [illegible] chapter. I further [illegible] delivered to the debtor the notice required by 11 U.S.C. [illegible]

/s/ Richard L. Buskman
R[illegible] Attorney for Debtor Date: 3/3/15

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made part of this petition.
■ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D).

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue:**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of the debtor's residence. (If box checked, complete the following.)

(Name of landlord that obtained judgment)

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification [11 U.S.C. §362(l)]

Case 1:15-bk-00804-RNO Doc 11 Filed 03/16/15 Entered 03/16/15 09:41:49 Desc Main Document Page 2 of 3



B 1 (Official Form 1) (4/13) Page 3

**Voluntary Petition** AMENDED
(This page must be completed and filed in every case.)

Name of Debtor: Roger L. Hinkle 1-15-00804-RNO

## Signatures

### Signature of Debtor (Individual)

I declare under penalty of perjury that the information provided in this petition is true and correct. [If the petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained the read the notice required by 11 U.S.C. § 342(b) of the Bankruptcy Code.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X ______________________
Roger L. Hinkle, Debtor

______________________
Telephone Number (if not represented by attorney)

DATE: 3/3/15

### Signature of Attorney*

/s/ Richard [illegible]
Richard [illegible], Esquire PA I.D. # 36408
16767 P[illegible] Valley Road
PO Box 5[illegible]
Spring Run, PA 17262-0061

TEL: [717] 349-7657
FAX: [717] 349-2982

DATE: 2/9/2015
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

______________________
Signature of Authorized Individual

______________________
Printed Name of Authorized Individual

______________________
Title of Authorized Individual

______________________
Date

### Signature of A Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign main proceeding, and that I am authorized to file this petition. A certified copy of the order granting recognition is attached.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X ______________________
(Signature of Foreign Representative)

______________________
(Printed Name of Foreign Representative)

______________________
(Date)

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section. Official Form 19B is attached.

______________________
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer

Social Security number (If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.) (Required by 11 U.S.C. § 110.)

______________________
Address

______________________
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person or partner whose social security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

Case 1:15-bk-00804-RNO Doc 11 Filed 03/16/15 Entered 03/16/15 09:41:49 Desc Main Document Page 3 of 3

**Robert D. Heath Funeral Home, Inc.**
61 East Shirley Street
Mount Union, Pennsylvania 17066
(814) 542-4581
William J. Heath, Supervisor
J. Matthew Heath, Director

No. ______

DECEASED: Tiffany Hinkle
DATE OF DEATH: November 10, 2014
PLACE OF DEATH: Altoona, Pa.
DATE OF STATEMENT: November 11, 2014

## STATEMENT OF FUNERAL GOODS AND SERVICES SELECTED

*Charges are only for those items that you selected or that are required. If we are required by law or by a cemetery or crematory to use any items, we will explain the reasons in writing below.*

*If you selected a funeral that may require embalming, such as a funeral with viewing, you may have to pay for embalming. You do not have to pay for embalming you did not approve if you selected arrangements such as a direct cremation or immediate burial. If we charged for embalming, we will explain why below.*

### A. CHARGE FOR SERVICES SELECTED

**1. Professional Services:**

| Item | Charge |
|---|---|
| Basic Services of Funeral Director & Staff | incl. |
| Embalming | incl. |
| Other preparation of body | incl. |

**2. Facilities, Equipment & Staff:**

| Item | Charge |
|---|---|
| Use of Facilities & Staff for Viewing/Visitation | incl. |
| Use of Facilities & Staff for Funeral Ceremony | incl. |
| Use of Facilities & Staff for Memorial Service | |
| Use of Equipment & Staff for Graveside Service | incl. |
| Use of Equipment & Staff for Church Service | |

**3. Transportation:**

| Item | Charge |
|---|---|
| Transfer of Remains to Funeral Home | incl. |
| Hearse | incl. |
| Limousine | |
| Sedan | |
| Service / Utility Vehicle | incl. |

**4. Other Services / Facilities / Equipment:**

TOTAL OF SERVICES SELECTED $ 4210.00

### B. CHARGE FOR MERCHANDISE SELECTED

| Item | Description | Charge |
|---|---|---|
| Casket (or other receptacle) | Batesville Casket Co. | 4010.00 |
| Name/No. | Pearl, 18 Ga. Steel | |
| Material | | |
| Color | | |
| Outer Burial Container | Ray Vault Co. | 1090.00 |
| Name/No. | # 8 Concrete Vault | |
| Material | | |
| Acknowledgement Cards | | |
| Register Book | | |
| Memory Folders / Prayer Cards | | |
| Clothing | | |
| Cremation Urn | | |

TOTAL OF MERCHANDISE SELECTED $ 5100.00

### C. SPECIAL CHARGES

☐ Forwarding remains to: ______ ☐ Receiving remains from: ______

| Item | Description | Charge |
|---|---|---|
| Immediate Burial | | |
| Direct Cremation | Altoona to MU | 180.00 |
| Other | | ~~180.00~~ |

TOTAL OF SPECIAL CHARGES $ 180.00

TOTAL FUNERAL HOME CHARGES $ 9490.00
*(This total does not include Cash Advances)*

### CASH ADVANCES

| Item | Charge |
|---|---|
| Certified Copies of Death Certificate 10 @ $ 6.00 each | $ 60.00 |
| Clergy | |
| Musician | |
| Paid Newspaper Notice | 40.00 |
| Cemetery Haven Rest - 2 Spaces | 770.00 |
| Haven Rest - Grave | 425.00 |
| Other Flowers - Top Spray | 400.00 |
| TOTAL CASH ADVANCES | $ 1695.00 |

We charge you for our services in obtaining: (specify cash advance items) n/a

### SUMMARY

| Item | Amount |
|---|---|
| Total Funeral Home Charges | $ 9490.00 |
| Local Sales Tax (if applicable) | $ |
| State Sales Tax (if applicable) | $ |
| Total Cash Advances | $ 1695.00 |
| GRAND TOTAL | $ 11,185.00 |
| Less Credits and Payments | $ |
| | $ |
| Total Credits | $ |
| BALANCE DUE | $ 11,185.00 |

Billing To: Roger Hinkle
Mercersburg, Pa.

### DISCLOSURES

Reason for embalming: Permission granted by family.

*If any law, cemetery or crematory requirements have required the purchase of any items listed, the law or requirement is explained below.*

Outside Receptacle - Cemetery

### ACKNOWLEDGEMENT AND AGREEMENT

I hereby acknowledge that I have the legal right to arrange the final services for the deceased, and I authorize this funeral establishment to perform services, furnish goods, and incur outside charges specified on this Statement. I acknowledge that I have received the General Price List and the Casket Price List and the Outer Burial Container Price List.

Terms of Payment: Full payment in 60 days.

Full payment is due no later than January 15, 2015

If any payment is not paid when due, an unanticipated LATE CHARGE of .5 % per month (ANNUAL PERCENTAGE RATE 6 %) on the unpaid balance will be due. I agree to pay the Balance Due listed on this Statement, plus any Late Charge. In the event I default in payment to this funeral establishment, I agree to pay reasonable attorney's fees and court costs in addition to any Late Charge applicable. I understand and agree that I am assuming personal liability for the charges set forth in this Statement and that this is in addition to the liability imposed by law upon the estate of the deceased. By my signature below, I hereby agree to all of the above and acknowledge receipt of a copy of this Statement.

X [signature] 11/11/14
Signed Dated
Social Security Number

X ______
Signed Dated

ACCEPTANCE: This funeral establishment agrees to provide all services, merchandise and cash advances indicated on this Statement.

By [signature: J. Matthew Heath]